| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. | 23 | DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 05 | 88 571 | 1 | 3 7 88 | 3 | 950 | | | | C88-0571A | | 39153 | | 88 571A |

CAUSE:

**PLAINTIFFS**

1. Veere Inc.

2. Birdie Kuntz
   pltf/intervenor

**DEFENDANTS**

1. Firestone Tire & Rubber Company
2. Nevin, John J.
3. Anderson, J. Robert
4. Aucutt, Geroge W.
5. Firestone, Kimball C.
6. Marshall, Charles
7. Meyers, John A.
8. Page, Thomas C.
9. Phillips, William G.
10. Rice, Lois Dickson
11. Rosenson, Jay H.
12. Suter, Albert E.
13. Towe,r Raymond C.
14. Vatter, Paul A.
15. Baker, David J., Director of Development
16. Page, Linda K., Director of Commerce
17. Holderman, Mark V., Commissioner
18. Limbach, Joanne, Commissioner of Taxation

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Constitutionality of State Statutes

**ATTORNEYS**

1. Norman S. Jeavons
   Michael J. Mahoney
   Baker & Hostetler
   3200 National City Center
   Cleveland, OH 44114
   216/621-0200

1. Shearman & Sterling
   153 East 53rd Street
   New York, NY 10022
   212/848-4000

2. Anthony J. Garofoli
   Dennis R. Wilcox
   John M. Masters
   Climaco, Climaco, Seminatore
   9th Floor, Halle Bldg.
   1228 Euclid Ave.
   Cleveland, OH 44115-1802
   216/621-8484

2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14.
1. Patrick F. McCartan
   John M. Newman, Jr.
   John W. Edwards, II
   Jones, Day, REavis & Pogue
   North POint
   901 Lakeside Ave.
   Cleveland, OH 44114
   216/586-3939

15, 16, 17, 18.
Anthony J. Celebreeze Jr., Atty General
Mary G. Kirchner, Asst. Atty General
Peter D. Patitsas, Asst. Atty General
30 E. Broad Street. 10th floor
Columbus, OH 43266
614/466-2980

Action arose in Summit County #12

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 3-7-88 | 142526 | 120.00 | JS-5 | 3/31/88 |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/87)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VEERE INC. | ( | JUDGE BATCHELDER |
| vs. | ( | C88-571A |
| FIRESTONE TIRE & RUBBER, ETAL | ( | |

---

Firestone Tire & Rubber Co.
  deft/third party pltf

vs.

19. Pirelli Enterprises Corporation
20. Pirelli Societe Generale S. A.
21. Pirelli S. p.A.
22. Societe Internationale Pirelli
23. International Pirelli N. V.
24. Pirelli Finance Holding B. V.
25. Cidefina S. A.
26. Pirelli & C. A. p. A.
27. Leopoldo Pirelli
28. Vincenzo Sozzani
29. Luigi Orlando
30. Alberto Pirelli
31. Marco Tronchetti Provera

    THIRD PARTY DEFTS.

Counsel for Defendants   continued:

5, 6, 7, 8, 9, 10, 13, 14.
Richard Cusick
Brian M. Eisenberg
Michael E. Brittain
Richard P. Goddard
John J. Eklund
Calfee, Halter & Griswold
1800 Society Bldg.
Cleveland, OH  44114
216/781-2166

---

Counsel for pltf/intervenor Birdie Kuntz:

Marshall Patner
135 South LaSalle, Suite 1420
Chicago, IL  60603
312/641-3355

Thomas R. Meites
Meites, Frackman & Mulder
135 South LaSalle, Suite 1611
Chicago, IL  60603
312/263-0272

Geoffrey Miller
1111 East 60th STreet
Chicago, IL  60637
312/702-9569

**C88-0571A**      **JUDGE BATCHELDER**

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 3/7/88 | 1 | COMPLAINT. Summ issd to pltf's atty (72 p.) prm |
| 3/7/88 | 2 | INITIAL Order. BAtchelder, J. issd to pltf's atty (4 p.) prm |
| 3/7/88 | 3 | MOTION of pltf for TRO. Issd to pltf's atty (2 p.) prm |
| 3/7/88 | 4 | MEMORANDUM of pltf in supp of mot forTRO. Issd to pltf's atty (37 p. + exh) prm |
| 3/7/88 | 5 | AFFIDAVIT of pltf in supp of mot for TRO. issd to pltf's atty (5 p.) prm |
| 3/7/88 | 6 | MOTION of pltf for prel inj. issd to pltf's atty (3 p.) prm |
| 3/7/88 | 7 | MOTION of pltf for expedited disc. Issd to pltf's atty (2 p.) prm |
| 3/7/88 | 8 | MEMORANDUM of pltf in supp of pltf's mot for expedited disc. Issd to pltf's atty (7 p.) prm |
| 3/7/88 | 9 | AFFIDAVIT of pltf in supp of mot for expedited disc. Issd to pltf's atty (4 p. + prm |
| 3/7/88 | 10 | NOTICE of pltf to take the depos of George W. Aucott & Joay H. Rosenson on 3/14/8; J. Robert Anderson & John J. Nevin on 3/15/88, Charles Marshall & John A. Meye 3/16/88, Kimball C. Firesteon & Thomas C. Page on 3/17/88, William G. Phillips & Lois Dickson Rice on 3/18/88; Raymond C. Tower & Paul A. Vatter on 3/21/88. Issd to pltf's atty. (3 p.) prm |
| 3/7/88 | 11 | REQUEST of pltf for prodctn of docmt to Firestone defts. Issd to pltf's atty. (16 p.) prm |
| 3/7/88 | 12 | MEMORANDUM of deft Firestone Tire & Rubber Co. in opp to pltf's application for TRO. Copies delviered 3/7/88 (5 p. + exh) prm |
| 3/7/88 | 13 (3) | MARGINAL entry order that the mot of pltf for TRO is Denied. Batchelder, J. issd 3/8/88 (EOD 3/8/88) prm |
| 3/9/88 | 14 | ORDER that a preliminary injunction hrg is to be held 3/14/88 at 9:30 a.m. on the issue of the constitutionality of Ohio Revised Code Sec. 1707.041 & .042, 1710.01 and 1707.831; pty shall submit a brf summary of the testimony that each witness will offer. Batchelder, J. issd 3/9/88 (EOD 3/9/8 prm |
| 3/9/88 | 15 | NOTICE of preliminary injunction hrg on the "Rights Agreements" on 3/23/88 at 9:00 a.m.. B. Dwyer, Deputy Clerk. issd 3/9/88 prm |
| 3/10/88 | 16 | REQUEST of deft Firestone for prodctn of docmt to pltf. c/d 3/9/88 (21 p.) prm |
| 3/10/88 | 17 | NOTICE of deft Firestone to take the depo of Morgan Stanley & Co. on 3/18/88. c/d 3/9/88 (7 p.) prm |
| 3/10/88 | 18 | NOTICE of deft Firestone to take the depo of Credit Suisse on 3/21/88. c/d 3/9/88 (6 p.) prm |
| 3/10/88 | 19 | NOTICE of deft Firestone to take the depo of Swiss Bank Corp. on 3/22/88. c/d 3/9/88 (6 p.) prm |
| 3/10/88 | 20 | NOTICE of deft Firestone to take the following defts: Robert M. Kaufman & Filiber Pittini on 3/15/88; Leopoldo Pierlli & Gianbattista De Giorgi on 3/16/88; Alexander Rosenzweig & Adalberto Castagna on 3/17/88; Andrea Travelli & Albert Pirelli on 3/18/88; Claudio Mercalli & Antonio Rossetti on 3/19/88; Alfred Sarasin & Jacopo Vittorelli on 3/21/88; Franz Leutoff & Vincenzo Sozzani on 3/22/88; Luigi Orlando & Marco Tronchetti Provera on 3/23/88 & Robert Jeker on 3/24/88. c/d 3/9/88 (3 p.) prm |
| 3/10/88 | 21 | MOTION of Dennis P. Orr & Dean S. Krystowski for leave to appear on behalf of pltf. c/m 3/10/88 (5 p.) prm |
| 3/11/88 | 22 | APPLICATION of Bertie Kuntz for leave to intervene as a pltf-intervenor. c/d 3/11/88 (9 p.) prm |
| 3/11/88 | 23 | NOTICEOf deft Firestone to take the depo of Marcello A. DeGiorgis on 3/17/88. c/d 3/10/88 (2 p.) prm |
| 3/11/88 | 24 | MOTION of Terence M. Murphy and John B. Newcomb for admission pro hac vice. c/d 3/11/88 (3 p.) prm |
| 3/11/88 | 25 | ANSWERS of defts Firestone Tire & Rubber Co., John J. Nevin, J. Robert Anderson, George W. Aucutt, Kimball C. Firestone, Charles Marshall, John E. Meyers, Thom C. Page, William G. Phillips, Lois Dixon Rice, J. H. Rosenson, Albert E. Suter, Raymond C. Tower, and Paul A. VAtter to the complt. c/d 3/11/88 (15 p.) |

DC 111A
(Rev. 1/75)

JUDGE BATCHELDER

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C88-571A |
|---|---|---|
| Veere Inc. | Firestone Tire & Rubber et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/11/88 | 26 | COUNTERCLAIM and Third pty complt of deft Firestone Tire & Rubber Co. c/d 3/11/88, summ issd 3/11/88 (32 p.) prm |
| 3/11/88 | 27 | MOTION of deft Firestone for an alt method of srv, w/ memo. c/d 3/11/88 (7 p.) |
| 3/11/88 | 28 | ORDER granting deft Firestone mot for alt method of srv of 3 pty complt. Batchelder, J. (2 p.) (EOD 3/14/88) prm |
| 3/11/88 | 29 | MOTION of defts Firestone Tire & Rubber, Nevin, Anderson, Aucutt, Firestone, Marshall, Meyers, Page, Phillips, Rice, Rosenson, Suter, Tower and Vatter to dism cts XVII, XVIII & XIX of the pltf's complt. c/d 3/11/88 (17 p.) prm |
| 3/11/88 | 30 | MOTION of deft Firestone for a protective order staying all disc on cts XVII, XVIII and XIX of pltf's complt. c/d 3/11/88 (11 p.) prm |
| 3/11/88 | 31 | MOTION of deft, cntrclm pltf and 3 pty pltf Firestone for prel inj. c/d 3/11/88 (4 p.) prm |
| 3/11/88 | 32 | MOTION of deft, cntrclm pltf and 3 pty pltf Firestone for leave to file memo in supp of mot for prel inj. c/d 3/11/88 (2 p.) prm |
| 3/11/88 | 33 | OBJECTIONS & Resp of deft Firestone defts to req for prodctn of pltf. c/d 3/11/88 (27 p.) prm |
| 3/11/88 | 34 | MEMORANDUM of defts Firestone Tire & Rubber Co. and its Board of Directors in opp to pltf's mot for preliminary injunctive relief against enforcement of Ohio Revised Code 1701,831, 1707.041 and 1707.042. c/d 3/11/88 (41 p. + exh, and appendix binder.) prm |
| 3/14/88 | 35 | WITNESS statement of pltf. c/d 3/12/88 (5 p.) prm |
| 3/14/88 | 36 | WITNESS statement of deft Firestone. c/d 3/14/88 (5 p.) prm |
| 3/14/88 | 37 | SUPPLEMENTAL Memorandum of pltf in supp of mot for prel inj enjoining enforement of the Ohio Control Share Acquisition Act and the Ohio Take-Over Act. c/d 3/14/88 (23 p.) prm |
| 3/14/88 | 38 | AFFIDAVITS in supp of pltf's mot for prel inj enjoining enforcement of The Ohio Control Share Acquisition Act and The Ohio Take-Over Act. c/d 3/14/88 (12 p.) prm |
| 3/14/88 | 39 | MEMORANDUM of pltf in supp of mot for a prel inj enjoining enforcement of The Ohio Control Share Acquisition act and the Ohio Take-over Act. c/d 3/12/88 (49 p.) prm |
| 3/14/88 | 40 | APPENDIX of pltf of authorities in supp of mot for prel inj. (158 p.) prm |
| 3/14/88 | 41 | NOTICE of pltf to take the depo of Bridgestone Corp. on 3/21/88. c/d 3/14/88 (12 p.) prm |
| 3/14/88 | 42 | NOTICE of pltf to take the depo of Bridgestone(USA) Inc. on 3/21/88. c/d 3/14/88 (12 p.) prm |
| 3/14/88 | 43 | MEMORANDUM of State defts in opp to pltf's mot for prel inj. c/d 3/14/88 (45 p) prm |
| 3/14/88 | 44 | NOTICE of deft Firestone to take the depo of Marc de F. de Logeres on 3/18/8 c/m 3/14/88 (19 p.)prm |
| 3/14/88 | 45 | COMPLAINT in intervention of Birdie Kuntz, pltf/intervenor. c/d 3/14/88 (38 p.) prm |
| 3/14/88 | 46 | MINUTES of proceedings. Batchelder, J. r, Salopek (Prel inj hrg held; taken under advisement.) prm |
| 3/15/88 | 47 | NOTICE of defts Firestone & its Directors of filing affvt of Thomas A. Lasher & Peter W. Chehayl. c/d 3/15/88 (8 p.) prm |
| 3/15/88 | 48 | AMENDED complaint in intervention of pltf/intervenor Birdie Kuntz. c/m 3/15/88 (39 p.) prm |
| 3/15/88 | 49 | NOTICE of pltf/intervenor Birdie Kuntz to take the depos of defts J. Robert Anderson, John J. Nevin & John A. Meyers on 3/16/88, Thomas C. Page, Albe Sater on 3/17/88, William Phillips, Lois Rice & Kimball Firestone on 3/18 George Aucott, Jay Rosenson & Paul Vatter on 3/19/88, & Raymond Tower on 3/21/88. c/m 3/15/88 (4 p.) prm |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | | |
|---|---|---|---|
| Veere Inc., et al | Firestone Tire & Rubber, et al | DOCKET NO. | C88-571A |
| | | PAGE ___ OF ___ PAGES | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/15/88 | 50 | **REQUEST** of pltf/intervenor Birdie Kuntz for prodctn of docmt to the Firestone defts. c/m 3/15/88 (15 p.) prm |
| 3/16/88 | 51 | **STIPULATION** & Protective ord governing Confidential Material, etc. Batchelder, J. Issd. (6 p) (EOD 3/16/88) (JAM) |
| 3/16/88 | 52 | **NOTICE** of pltf Veere to take the depo of Roy H. Gilbert on 3/19/88. c/d 3/16/88 (3 p.) prm |
| 3/16/88 | 53 | **REQUEST** of pltf Veere (2nd) for prodctn of docmt to Firestone defts. c/d 3/16/88 (10 p.) prm |
| 3/16/88 | 54 | **MOTION** of defts Firesteon and its Directors for an ext of time to file brf on prel inj issues. c/d 3/16/88 (3 p.) prm |
| 3/16/88 | 55 | **TRANSCRIPT** of proceedings had before the Hon. Alice M. Batchelder on 3/14/88. (187 p.) prm |
| 3/16/88 | 56 | **MEMORANDUM** of decision that the mot for a prel inj enjoining the enforcement of O. R. C. Sec. 1701.831 is Denied. Batchelder, J. issd 3/16/88 (EOD 3/17/88) (15 p.) prm |
| 3/16/88 | 57 | **ORDER** that a decision of the mot for a prel inj to enjoin enforcement of O. R. C. Sec 1701,831 having been rendered herein, for the reasons stated in that decision, the mot is Denied. Batchelder, J. issd 3/16/88 (EOD 3/17/88) (1 p.) prm |
| 3/18/88 | 58 | **SUPPLEMENTAL** Memo of defts Firestone and its Officer-Directors in supp of mot to dism pltf's purported breach of fiduciary duty claims. c/d 3/10/88 (10 p. + exh) prm |
| 3/18/88 | 59 | (73) **MOTION** of defts Firestone Tire & Rubber, Nevin, Anderson, Aucutt, Rosenson & Suter to dism the amd complt in intervention, w/memo in supp. c/d 3/18/88 (26 p.) prm |
| 3/18/88 | 60 | **MOTION** of defts Firestone Tire & Rubber Co. and its officer-directors for a protective order staying all disc re: pltf/intervenor Kuntz' complt w/memo in supp. c/d 3/18/88 (12 p.) prm |
| 3/18/88 | 61 | **OBJECTIONS** & Resp of deft Firestone to pltf's 2nd req for prodctn of docmt. c/d 3/18/88 (18 p.) prm |
| 3/18/88 | 62 | **MOTION** of pltf/intervenor Kuntz for designation of lead counsel and for consolidation of cases C88-571A, C88-664 & C88-665. c/d 3/18/88 (4 p.) |
| 3/22/88 | 63 | **ANSWER** of defts Firestone Tire & Rubber, Nevin, Anderson, Aucutt, Rosenson, & Suter to pltf/intervenor Birdie Kuntz's amd complt. c/m 3/22/88 (10 p.) prm |
| 3/24/88 | 64 | **STIPULATION** Order purs to Rule 41(a)(2) FRCP, that pltf's complt and cntrclm & 3 pty complt of deft The Firestone Tire & Rubber Co., all all claims and causes of action set forth in those two pleadings are hereby dism w/ prej, w/each pty to bear own costs and attys' fees, etc.. Batchelder, J. issd 3/24/88 (EOD 3/24/88) (3 p.) prm |
| 3/25/88 | 65 | **ANSWER** of defts K. Firestone, C. Marshall, J. Meyers, T. Page, W. Phillips, L. Dickson Rice, R. Tower and P. Vatter to intervenor/pltf Birdie Kuntz's amd complt. c/m 3/25/88 (13 p.) prm |
| 3/25/88 | 66 | (70) **MOTION** of defts K. Firestone, C. Marshall, J. Meyers, T. Page, W. Phillips, L. Dickson Rice, R. Tower and p. Vatter for a protective order staying all disc relating to pltf/intervenor Birdie Kuntz's complt. c/m 3/25/88 ( p.) prm |
| 3/25/88 | 67 | (72) **MOTION** of defts K. Firestone, C. Marshall, J. Meyers, T. Page, W. Phillips, L. Dickson Rice, R. Tower and P. Vatter to dism the amd complt in intervention, w/memo in supp. c/m 3/25/88 (29 p.) prm |

DC 111A
(Rev. 1/75)

**JUDGE BATCHELDER**

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C88-571A |
|---|---|---|
| Veere, Inc., et al | Firestone Tire & Rubber Co., et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/28/88 | 68 | **MOTION** Of defts Baker, Page, Holderman, Limbach, Nowak & Celebrezze for an ext of time to resp to the complt. c/m 3/28/88 (5 p.) prm |
| 3/30/88 | 69 | **AFFIDAVIT** of Mary G. Kirchner. (3 p.) prm |
| 3/29/88 | 70 | (66) **MARGINAL** entry order granting mot of defts to stay disc. Batchelder, J. issd 3/30/88 (EOD 3/30/88) prm |
| 4/4/88 | 71 | **ANSWER** Of defts Page, Holderman, Baker, Limbach, Nowak and Celebrezze to the amd complt in intervention. c/m 4/4/88 (17 p.)prm |
| 5/24/88 | 72 | (67) **MARGINAL** entry order granting mot of defts to dism amd derivative and class action complt in intervention. Batchelder, J. issd 5/24/88 (EOD 5/25/88) |
| 5/24/88 | 73 | (59) **MARGINAL** entry order granting mot of defts to dism amd derivative and class action complt in intervention. Batchelder, J. issd 5/24/88 (EOD 5/25/88) |